Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ascion, LLC v. Ruoey Lung Enterprise Corp. and John van Loben Sels and WHGC P.L.C.

No. 15-1560

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  John van Loben Sels and WHGC P.L.C.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
☐ Appellant   ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Andrew R. Levin |
| Law firm: | Sugarman, Rogers, Barshak & Cohen, P.C. |
| Address: | 101 Merrimac Street |
| City, State and ZIP: | Boston, MA 02114 |
| Telephone: | (617) 227-3030 |
| Fax #: | (617) 523-4001 |
| E-mail address: | levin@srbc.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/06/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☒ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

6/3/2015
Date

_____
Signature of pro se or counsel

cc: Counsel of Record